[No. 7507.   Decided August 19, 1909.]

THE STATE OF WASHINGTON, *on the Relation of A. A. Lytle, Appellant,*
v. CHARLES F. WILL *et al., Respondents.*[1]

Appeal from a judgment of the superior court for Douglas county,
Steiner, J., entered May 6, 1908, upon findings in favor of the defend-
ants, after a trial before the court without a jury, in an action for a
writ of mandamus. Reversed.

*Hannan & Clapp* and *Arthur McGuire,* for appellant.
*Sam B. Hill* and *John W. Hanna,* for respondents.

PER CURIAM.—This action is an application to the superior court
of Douglas county by A. A. Lytle, for a writ of mandamus requiring
the auditor and commissioners of said county to issue a warrant
for excess salary alleged to be due relator as county sheriff. From
a final judgment denying the writ, the relator has appealed.

In pursuance of a stipulation on file, and on the authority of the
opinion of this court filed on this date, in cause No. 7506, *State ex
rel. Maltbie v. Will, ante* p. 453, 103 Pac. 479, 104 Pac. 797, the judg-
ment of the superior court is reversed, and the cause remanded with
instructions to grant a writ of mandate directing the issuance of a
warrant to appellant for additional salary from January 9, 1905, to
January 14, 1907, at the rate of $50 per annum. The appellant will
recover his costs in this court and in the superior court, including
statutory attorney's fees.